## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Francis A. Adetola                                        CHAPTER 13
             Mary O. Adetola

                        Debtor(s)                             BKY. NO. 19-14307 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Magerick LLC and index same on the master mailing list.

                                               Respectfully submitted,

                                   /s/ **Mark A. Cronin**
                                   Mark Cronin
                                   12 Dec 2023, 08:53:28, EST

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322