IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>FRANCIS A. ADETOLA, and<br>MARY O. ADETOLA,<br><br>　　Debtor,<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>　　Movant,<br><br>　　　　v.<br><br>FRANCIS A. ADETOLA,<br>MARY O. ADETOLA, and<br>KENNETH E. WEST, Trustee,<br>　　Respondents. | Bankruptcy No. 19-14307-amc<br><br>Chapter 13<br><br>Related Doc. 174 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 174)

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 174 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than April 19, 2024.

　　It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135

　　　　　　　　　　　　　　　　　　　　Counsel for Nissan Motor Acceptance Company
　　　　　　　　　　　　　　　　　　　　LLC f/k/a Nissan Motor Acceptance
　　　　　　　　　　　　　　　　　　　　Corporation

Dated:  April 22, 2024