IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>FRANCIS A. ADETOLA, and<br>MARY O. ADETOLA,<br><br>    Debtor,<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>FRANCIS A. ADETOLA,<br>MARY O. ADETOLA, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 19-14307-amc<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this 2nd day of May, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to the interest of Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation in the 2017 Nissan Rogue Utility 4D SL AWD, VIN# JN8AT2MVXHW272792.

    b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Court Judge