United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-14307-amc

Francis A. Adetola                                                                                 Chapter 13

Mary O. Adetola

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 77 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis A. Adetola, Mary O. Adetola, 5941 A Street, Philadelphia, PA 19120-2003 |
| cr | + | U.S. Bank Trust Company, National Association, as, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14353766 | + | Gateway One Lending & Finance, 160 North Riverview Drive, Suite 100, Anaheim, CA 92808-2293 |
| 14370885 | #+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |
| 14353768 | + | Hayt, Hyat & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 14774154 | + | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 14353770 | | Lineberger Goggan Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14838328 | + | Magerick LLC, c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14353775 | | Paul Klemm, Attorney at Law, 21 Industrial Way West, Eatontown, NJ 07724 |
| 14598591 | + | Santander Consumer USA Inc., c/o William E. Craig, Esq., 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14354372 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14358207 | + | U.S. Bank National Assoc, c/o Daniel Jones, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14366893 | | Wells Fargo Bank, N.A., c/o Karina Velter, Esquire, MANLEY DEAS KOCHALSKI LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14675850 | | Wells Fargo Bank, N.A., c/o Alyk L. Oflazian, Esq., P.O. Box 165028, Columbus, OH 43216-5028 |
| 14353790 | | Wells Fargo Home Mortgage, PO box 14538, Des Moines, IA 50306-3538 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 31 2024 00:32:00 | Santander Consumer USA, Inc., successor in interes, PO Box 961245, Ft Worth, TX 76161-0244 |
| cr | ^ | MEBN | May 31 2024 00:16:28 | U.S. Bank National Association, et., al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 00:44:55 | Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14353751 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:24 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14353753 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2024 00:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

District/off: 0313-2 | User: admin | Page 2 of 5

Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 77

| | | | |
|---|---|---|---|
| 14353752 | + Email/Text: mortgagebkcorrespondence@bofa.com | May 31 2024 00:32:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4036 |
| 14376625 | + Email/Text: mortgagebkcorrespondence@bofa.com | May 31 2024 00:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14353756 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 02:20:04 | Capital One Bank USA, 15000 Capital One Drive, Richmond, VA 23238 |
| 14445932 | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14353758 | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14353759 | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14353754 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:24 | Capital One, PO Box 26625, Richmond, VA 23261-6625 |
| 14372010 | + Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:29:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14353755 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:29:08 | Capital One Bank USA, 1500 Capital One Drive, Henrico, VA 23238 |
| 14357099 | + Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:44:24 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14354851 | + Email/Text: bankruptcy@cavps.com | May 31 2024 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14353757 | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | City of Philadelphia, Department of Revenue, PO Box 148, Philadelphia, PA 19105-0148 |
| 14353761 | Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 00:28:16 | Credit One Bank, PO Box 80015, Los Angeles, CA 90080-0015 |
| 14353760 | + Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 02:20:02 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14353763 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2024 00:32:00 | Department of Treasury, Internal Revenue Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14385315 | + Email/PDF: ebn_ais@aisinfo.com | May 31 2024 02:30:15 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14374148 | + Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:31:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14353765 | + Email/Text: bnc-bluestem@quantum3group.com | May 31 2024 00:32:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14353767 | ^ MEBN | May 31 2024 00:16:36 | Hayt, Hayt & Landau, LLC, Meridan Center 1, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14377161 | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2024 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14359352 | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 01:18:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14774154 | ^ MEBN | May 31 2024 00:16:38 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |

District/off: 0313-2 | User: admin | Page 3 of 5
Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 77

| 14353769 | | Email/Text: Documentfiling@lciinc.com | | |
| | | | May 31 2024 00:31:00 | Lending Club Coporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14370063 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 31 2024 00:29:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14838165 | ^ | MEBN | | |
| | | | May 31 2024 00:16:21 | Magerick LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14374137 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 31 2024 00:31:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14353771 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 31 2024 00:44:24 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14365681 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 31 2024 00:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14353772 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 31 2024 00:32:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14374139 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 31 2024 00:32:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14353773 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | May 31 2024 00:31:00 | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 14355870 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | May 31 2024 00:31:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14353774 | + | Email/PDF: cbp@omf.com | | |
| | | | May 31 2024 00:28:48 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14353776 | | Email/Text: bankruptcies@penncredit.com | | |
| | | | May 31 2024 00:31:00 | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 14386934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 31 2024 02:20:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14356195 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | May 31 2024 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14373446 | ^ | MEBN | | |
| | | | May 31 2024 00:16:25 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14375035 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | May 31 2024 00:32:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14353777 | + | Email/Text: clientservices@remexinc.com | | |
| | | | May 31 2024 00:31:00 | Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 14353780 | | Email/Text: bankruptcy@sequium.com | | |
| | | | May 31 2024 00:31:00 | Sequium Asset Solutions, 1130 Northchase Parkway Street, Marietta, GA 30067 |
| 14353782 | | Email/PDF: cbp@omf.com | | |
| | | | May 31 2024 00:28:14 | Springleaf Financial, 42 East Germantown Pike, Norristown, PA 19401 |
| 14353778 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | May 31 2024 00:32:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14484599 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | May 31 2024 00:32:00 | Santander Consumer USA successor in, interest to Gateway One Lending, & Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14353779 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | May 31 2024 00:32:00 | Select Portfolio Servicing Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14374138 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 31 2024 00:32:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14353781 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 31 2024 00:32:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI |

District/off: 0313-2 | User: admin | Page 4 of 5
Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 77

| | | | |
|---|---|---|---|
| | | | 53566-1364 |
| 14353786 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:35 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14353783 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:48 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14353785 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:45:11 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14353784 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:14 | Synchrony Bank, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14354372 | ^ MEBN | May 31 2024 00:16:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353787 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:48 | Synchrony/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14872881 | + Email/Text: RASEBN@raslg.com | May 31 2024 00:31:00 | U.S. Bank National Association, c/o Michelle L. McGowan, Esq, 13010 Morris Rd., Ste 450, Alpharetta, GA 30004-2001 |
| 14389588 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 31 2024 00:32:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14353788 | ^ MEBN | May 31 2024 00:16:31 | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 14353789 | + Email/Text: bnc-bluestem@quantum3group.com | May 31 2024 00:32:00 | WEB Bank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14366595 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 00:29:35 | Wells Fargo Bank, N.A., MAC N9286-01Y, P. O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14353762 | * | Department of Treasury, Internal Revenue Service, PO Box 37910, Hartford, CT 06176-7910 |
| 14353764 | * | Department of Treasury, Internal Revenue Department, PO Box 804527, Cincinnati, OH 45280-4527 |
| 14598355 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024 | Signature: | /s/Gustava Winters

District/off: 0313-2    User: admin    Page 5 of 5
Date Rcvd: May 30, 2024    Form ID: pdf900    Total Noticed: 77

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  et., al. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Magerick LLC bkgroup@kmllawgroup.com |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank N.A. karina.velter@powerskirn.com  bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com  btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL D. SAYLES | on behalf of Joint Debtor Mary O. Adetola midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| MICHAEL D. SAYLES | on behalf of Debtor Francis A. Adetola midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Magerick LLC mfarrington@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
    FRANCIS A ADETOLA
    MARY O ADELOTA                       Bankruptcy No. 19-14307-AMC

        Debtors

<u>ORDER</u>

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: May 30, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge